IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>FAIR ISAAC CORPORATION<br>(formerly Fair, Isaac and Company, Inc.),<br><br>    Defendant.<br>_____/ | No. C 06-04190 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    Good cause not shown, the Court **DENIES** the parties' request to continue the case management conference. Lead counsel must personally appear on October 5, 2006, at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: October 4, 2006.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE